# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. 03-CR-4113-LRR |
| vs. | **ORDER** |
| JASON PEPPER, | |
| Defendant. | |

_____

The matter before the court is the second resentencing of Defendant Jason Pepper, in light of the Eighth Circuit Court of Appeals's opinion in *United States v. Pepper*, 486 F.3d 408 (8th Cir. 2007) ("*Pepper II*"). On June 27, 2007, the court ordered each party to file a sentencing memorandum. The court specifically ordered the parties to address the legal issue of the scope of the remand from *Pepper II*.

The court has received the parties' sentencing memoranda. Neither party complied with the court's order to address the scope of the remand from *Pepper II*. Therefore, the court orders the parties to submit supplemental sentencing memoranda on the issue of the scope of the remand from *Pepper II* **on or before July 17, 2007.** If a party does not file its supplemental sentencing memorandum in a timely manner or if a brief citing to legal authority is not filed, the court shall consider the issues previously raised by the party to be waived.

**IT IS SO ORDERED.**

**DATED** this 13th day of July, 2007.

1

_____
LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA